UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALILIA PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ONEWEST BANK, FSB FORMERLY DOING BUSINESS AS AMERICAN MORTGAGE NETWORK INC;, WOLF FIRM;. AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 11-00515 VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Onewest Bank, FSB, Formerly Doing Business as American Mortgage Network Inc. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 19, 2011                      VIRGINIA A. PHILLIPS
                                              United States District Judge