1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALILIA PEREZ,<br><br>           Plaintiff,<br><br>   v.<br><br>ONEWEST BANK, FSB<br>FORMERLY DOING BUSINESS<br>AS AMERICAN MORTGAGE<br>NETWORK INC;, WOLF<br>FIRM;. AND DOES 1<br>THROUGH 50 INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 11-00515 VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Wolf Firm is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  August 4, 2011

                                          VIRGINIA A. PHILLIPS
                                    United States District Judge